1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Albert R. Limberg, Esq. (SBN 211110)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3  3667 Voltaire Street
4  San Diego, CA  92106-1253
   Tel:    619/758-1891
5  Fax:    619/222-3667
6  dpk@sessions-law.biz
   alimberg@sessions-law.biz
7
8  Attorney for NCO Financial Systems, Inc.

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  JEREMIAH GARD,                    )  Case No.  09-CV-01496-GEB-JFM
                                      )
13             Plaintiff,             )
                                      )
14       vs.                          )  NOTICE OF SETTLEMENT
                                      )
15  NCO FINANCIAL SYSTEMS, INC.,      )
                                      )
16             Defendant.             )
                                      )
17  _____    )
                                      )
18

19       NOTICE IS HEREBY GIVEN that this case has been settled.   Plaintiff and

20  Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of

21  this action in its entirety with prejudice within 30  days.  The parties jointly request  that

22

23  ///

24  ///

25  ///

26

27  ///

28

all pending dates and filing requirements be vacated and that the Court set a deadline on

or after November 13, 2009, for filing dispositional documents.

Dated: 10/9/09                          KROHN & MOSS, LTD.


                                        /s/Ryan Lee
                                        Ryan Lee
                                        Attorney for Plaintiff
                                        Jeremiah Gard


Dated: 10/9/09                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                                        /s/ Albert R. Limberg
                                        Albert R. Limberg
                                        Attorney for Defendant
                                        NCO Financial Systems, Inc.