IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH GARD,<br><br>         Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>         Defendant. | 2:09-cv-01496-GEB-JFM<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On October 9, 2009 the parties filed a Notice of Settlement in which the parties state "this case has settled," and request that "on or after November 13, 2009," be the deadline for the filing of a dispositional document. Therefore, a dispositional document shall be filed no later than November 13, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated:  October 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28