Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH GARD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 09-CV-01496-GEB-JFM<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

　　　Plaintiff, JEREMIAH GARD, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on June 1, 2009. NCO filed its responsive pleading on July 2, 2009. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

Stipulation to Dismiss With Prejudice

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 11/6/09			SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

					/s/Albert R. Limberg
					Albert R. Limberg,
					Attorney for Defendant,
					NCO Financial Systems, Inc.

Dated: 11/6/09			KROHN & MOSS, LTD.

					/s/ Ryan Lee
					Ryan Lee,
					Attorney for Plaintiff,
					Jeremiah Gard

IT IS SO ORDERED.

Dated:				_____
					Hon. Garland E. Burrell, Jr.
					United States District Judge